**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandyjean McAdams,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-20-00316-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff Sandyjean McAdams' Motion for Reconsideration (Doc. 37). In her initial Complaint to this Court, Plaintiff highlighted several areas in which she believed the ALJ erred in her decision, but made no mention of any request for remand to another ALJ. (Doc. 1 at 6-7). In her Opening Brief to this Court (Doc. 22), Plaintiff stated that, when her case was originally remanded by the Social Security Appeals Council, she requested that the remand be assigned to a different ALJ, but her request was denied. (Doc. 22 at 2-3). In her Opening Brief, Plaintiff did not explain why she requested a reassignment, but merely explained that the Appeals Council found no basis for disqualifying Judge Bucci. (Doc. 22 at 3). She provided no argument as to why reassignment was sought or why it was appropriate or would be appropriate if this Court were to remand her case for further proceedings.

On August 2, 2021, this Court remanded Plaintiff's case for further proceedings but did not rule on Plaintiff's request for reassignment. (Doc. 25). Plaintiff now seeks reconsideration, arguing that a remand to ALJ Bucci would cause her severe distress and

asserting that that this Court "seem[ed] to have overlooked Plaintiff's request" for reassignment. (Doc. 37 at 1). Not so. Nowhere in the record before the Court did Plaintiff provided any argument or analysis as to why the denial of her reassignment request was in error or why this Court should reassign the case on remand. The Court therefore did not consider the request. *See Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) (finding that arguments that are presented without substantive analysis are waived). Furthermore, motions for reconsideration are disfavored and are not the place for parties to make new arguments not raised in their original briefs. *Northwest Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925–26 (9th Cir. 1988). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 37) is **denied**.

Dated this 18th day of August, 2021.

Honorable Steven P. Logan
United States District Judge